395 A.2d 1020

Commonwealth v. Grassmyer, Appellant.

Submitted November 14, 1977. Robert P. Rea, for appellant; Thomas G. Peoples, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.